PER CURIAM.
The Petitioners have filed a Petition for Writ of Certiorari, seeking to prevent the disclosure of two Florida Department of Law Enforcement Investigative Reports.[1] Having carefully reviewed the file and applicable caselaw, we conclude that the documents should not be disseminated and should remain confidential at this time. See § 119.011(3)(c)5.a., Fla. Stat. (2012); Jews for Jesus, Inc. v. Rapp, 997 So.2d 1098 (Fla.2008). The State does not oppose the Petition but is only concerned *921 about any admissibility issue that may arise at trial. We do not address its concern because that is a matter for the trial court to decide at trial. Therefore, the Petition for Writ of Certiorari is granted and the July 27, 2012, order is quashed.
PETITION GRANTED; ORDER QUASHED.
ORFINGER, C.J., and SAWAYA and JACOBUS, JJ., concur.

. The Associated Press is a Respondent/Inter-venor.